IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES DANIELS, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv600-MHT |
| | ) | (WO) |
| LARRY NIXON, Captain, | ) | |
| et. al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an indigent inmate, filed this lawsuit contending that he was beaten and abused repeatedly by the defendant correctional officers, received inadequate medical care, and treated poorly by medical staff at a hospital.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  Upon an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 5th day of February, 2018.

                                   /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**